IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re SAV-RX Data Breach Litigation | ORDER <br><br> 8:24CV204 <br> 8:24CV205 <br> 8:24CV206 <br> 8:24CV210 <br> 7:24CV5005 <br> 8:24CV214 <br> 8:24CV215 <br> 8:24CV216 <br> 4:24CV3109 <br> 8:24CV218 <br> 8:24CV228 <br> 8:24CV229 <br> 8:24CV261 <br> 8:24CV264 |

IT IS ORDERED:

1) Plaintiff's unopposed motion for leave to file a Consolidated Class Action Complaint is granted. ([Filing No. 41](#) in the Lead Case 8:24-cv-204). Plaintiff shall file the proposed Consolidated Class Action Complaint in the Lead Case on or before December 16, 2024.

2) Once the plaintiffs file a Consolidated Complaint in the Lead Case, the Clerk of the Court is directed to administratively close the Member Cases.

3) For subsequently filed or transferred cases arising out of the same subject matter at issue in the Consolidated Lead Case, attorneys of record must notify the court that the case is related to this action pursuant to NEGenR. 1.4(4)(A).

   a. A party seeking to consolidate a subsequently filed related case must file a motion to consolidate in that case. The motion should state whether it is

  opposed or unopposed. Pursuant to NECivR. 7.1(a)(1)(B), an unopposed or stipulated motion does not require a brief.

b. If the motion to consolidate is opposed, the Court will rule on such motion after briefing in accordance with NECivR. 7.1.

Dated this 9th day of December, 2024.

            BY THE COURT:

            s/ Ryan C. Carson
            United States Magistrate Judge